UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2022 OCT 25 PM 12:14
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | 10/21/2022 |
| DEBTOR: | VADIM & TANYA JUSTINE SHEKHTMAN |
| CH13 CASE NO: | 17-05081 |
| ASSIGNED JUDGE: | Honorable Christopher Latham |
| AMOUNT: | $2371.87 |

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| VADIM & TANYA JUSTINE SHEKHTMAN<br>2237 BAXTER CANYON ROAD<br><br>VISTA CA 92081 | $2371.87 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Sunao Tashima

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

cc: Nikhil Chawla
5927 Balfour Court, Suite 115
Carlsbad CA 92008