**Fill in this Information to identify the case:**

Debtor 1: Vadim [First Name] _____ [Middle Name] Shekhtman [Last Name]

Debtor 2 (Spouse, if filing): Tanya [First Name] Justine [Middle Name] Shekhtman [Last Name]

United States Bankruptcy Court for the: Southern District of California (State)

Case number: 17-05081

---

CSD 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 2371.87 |
| Claimant's Name: | Vadim Shekhtman and Tanya Justine Shekhtman |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2237 Baxter Canyon Rd, Vista, CA 92081   760-473-0055   Vadimys@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

The information set forth on the continuation pages is APPROVED AS TO FORM:

By: _____
Financial Administrator, U.S. Bankruptcy Court

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

4. **Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Southern__ District of __California__

880 Front Street, Suite 6293
San Diego, CA 92101

---

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 3/15/2023 | Date: 3/15/2023 |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: Vadim Shekhtman | Printed Name of Co-Applicant (if applicable): Tanya Shekhtman |
| Address: 2237 Baxter Canyon Rd, Vista CA 92081 | Address: 2237 Baxter Canyon Rd, Vista CA 92081 |
| Telephone: 760-473-0055 | Telephone: 760-429-3871 |
| Email: vadimys@yahoo.com | Email: tanyajust@mail.com |

6. **Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public __SEE NOTARY ATTACHMENT__

My commission expires:

6. **Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public __SEE NOTARY ATTACHMENT__

My commission expires:

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)



_____         _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of San Diego



LYNN D. TRUDE
COMM. #2349020
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires MARCH 22, 2025

Place Notary Seal and/or Stamp Above

Subscribed and sworn to (or affirmed) before me
on this 15th day of March, 2023,
by       Date         Month          Year
(1) Vadim SHeKHtman
(and 2) N/A ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Lynn D Trude_____
Signature of Notary Public

────────── OPTIONAL ──────────
Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: Application for Payment of Unclaimed Funds

Document Date: March 15, 2023          Number of Pages: 2

Signer(s) Other Than Named Above: N/A

©2017 National Notary Association

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____   _____
*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me
on this 15th day of March, 2023,
by   *Date*       *Month*       *Year*
(1) Tanya Justine SHekH Trion
(and (2) N/A ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature  Lynn D. Trude
*Signature of Notary Public*

LYNN D. TRUDE
COMM. #2349020
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires MARCH 22, 2025

*Place Notary Seal and/or Stamp Above*

---— OPTIONAL ——---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Application for Payment of Unclaimed Funds
Document Date: March 15, 2023   Number of Pages: 2
Signer(s) Other Than Named Above: N/A

©2017 National Notary Association