**CSD 1341** [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
March 22, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
   Vadim Shekhtman
   Tanya Justine Shekhtman

BANKRUPTCY NO. 17-05081-CL13

Debtor.

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case, Docket Entry No. 61, it is ordered that

On 03/20/2023, an application was filed for the Claimant(s): Vadim Shekhtman and Tanya Justine Shekhtman for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,371.87 held in unclaimed funds be made payable to Vadim Shekhtman and Tanya Justine Shekhtman and be disbursed to the payee at the following address: 2237 Baxter Canyon Rd; Vista, CA 92081.

DATED:   March 22, 2023

_____
Judge, United States Bankruptcy Court